**FILED**
CLERK, U.S. DISTRICT COURT

11/03/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:21-MJ-00662-DUTY |
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| MICHAEL ANDRE RADFORD, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (✕)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

       (✕)  information in the Pretrial Services Report and Recommendation

       (✕)  information in the violation petition and report(s)

       ( )  the defendant's nonobjection to detention at this time

       (✕)  other: No known bail resources; Background unverified.

1

1  and/ or

2  B. (×)  The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the safety

4  of any other person or the community if released under 18 U.S.C.

5  § 3142(b) or (c).  This finding is based on the following:

6  (×)  information in the Pretrial Services Report and Recommendation

7  (×)  information in the violation petition and report(s)

8  ( )  the defendant's nonobjection to detention at this time

9  (×)  other: Allegation of new criminal conduct; Substance abuse;

10  Criminal history.

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  November 3, 2021

15  _____
   KENLY KIYA KATO
   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28